

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Jeffery Lawrence Hartmann, Appellant

No. 06-22-00053-CR     v.

The State of Texas, Appellee

Appeal from the 115th District Court of Marion County, Texas (Tr. Ct. No. F 15297). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Jeffery Lawrence Hartmann, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 22, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk